Bank of Commerce and Savings, appellee, v. A. C. Toldte, appellant. Gen. No. 26,352.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Henry J. and Charles Aaron, for appellant; Franklin Raber, of counsel. Brown, Brown & Brown, for appellee.

Mr. Justice Dever delivered the opinion of the court.

